Mrs. Gertrude G. SUCRO, Appellant, v. E. F. MARTIN and E. F. Martin, Executor of R. B. Martin, Deceased, and John G. Wood, Appellees.

No. 4419.

Circuit Court of Appeals, Fourth Circuit.

Nov. 16, 1938.

R. Clarence Dozier and M. B. Simpson, both of Elizabeth City, N. C., for appellant.

Worth & Horner and J. Kenyon Wilson, all of Elizabeth City, N. C., and W. D. Pruden, of Edenton, N. C., for appellees.

PER CURIAM.

Motion denied. Order filed.

Mrs. Gertrude G. SUCRO, Appellant, v. S. W. WORTHINGTON, Sr., S. W. Worthington, Jr., George T. Stronach, Trustee, Mrs. Margaret C. Winborne, J. M. Coble and Mrs. Mary N. Nixon, Appellees.

No. 4418.

Circuit Court of Appeals, Fourth Circuit.

Nov. 16, 1938.

R. Clarence Dozier and M. B. Simpson, both of Elizabeth City, N. C., for appellant.

Worth & Horner and J. Kenyon Wilson, all of Elizabeth City, N. C., and W. D. Pruden, of Edenton, N. C., for appellees.

PER CURIAM.

Motion denied. Order filed.

Charles K. SUNSHINE (Also Known as C. K. Sunshine) v. Laura R. GORTON, C. B. Weaver, W. F. Jones and Jesse George, for Themselves and for and on Behalf of the Persons and Corporations Having a Common Interest in the Judgment sued upon Herein.

No. 8084.

Circuit Court of Appeals, Sixth Circuit.

Feb. 14, 1939.

Halle, Harris, Haber & Berick, of Cleveland, Ohio, for appellant.

Copeland, Thompson & Harris, of Cleveland, Ohio, for appellees.

Before HICKS, SIMONS, and HAMILTON, Circuit Judges.

PER CURIAM.

Pursuant to stipulation between counsel for appellant and counsel for appellee, the appeal is hereby dismissed at the costs of defendant appellant.